**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA, ex rel. LUCIA PACCIONE

Plaintiffs,

v.

CEPHALON, INC.,

Defendant.

Civil Action No. 03-6268

UNITED STATES OF AMERICA, and the States of CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, LOUISIANA, MASSACHUSETTS, NEVADA, NEW HAMPSHIRE, NEW MEXICO, TEXAS, TENNESSEE, VIRGINIA, and the DISTRICT OF COLUMBIA ex rel. JOSEPH PIACENTILE

Plaintiffs,

v.

CEPHALON, INC.,

Defendant.

Civil Action No. 03-6277

FILED
APR - 1 2013
MICHAEL E. KUNZ, Clerk
By ________ Dep. Clerk

UNITED STATES OF AMERICA, ex rel. MICHAEL MAKALUSKY

Plaintiffs,

v.

CEPHALON, INC.,

Defendant.

Civil Action No. 05-1904

| UNITED STATES OF AMERICA, and the States of CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, MASSACHUSETTS, NEVADA, NEW MEXICO, TEXAS, TENNESSEE, NEW YORK, VIRGINIA, and the DISTRICT OF COLUMBIA ex rel. BRUCE BOISE<br><br>Plaintiffs,<br><br>v.<br><br>CEPHALON, INC.,<br><br>Defendant. | Civil Action No. 04-4401 |
|---|---|

**ORDER**

AND NOW, this ___/___ day of ______________, 2013, after consideration of Defendant's unopposed Motion to for Limited Disclosure of Certain Documents, it is ORDERED that Defendant's Motion is GRANTED. The United States is DIRECTED to serve upon Cephalon, Inc. only the following Orders of the Court from the above-captioned Paccione matter, 03-cv-6268:

1. Jan. 26, 2004 (Docket No. 4)
2. Feb. 17, 2004 (Docket No. 7)
3. March 10, 2004 (Docket No. 9)
4. Aug. 9, 2004 (Docket No. 11)
5. Jan. 19, 2005 (Docket No. 14)
6. Jan. 19, 2005 (Docket No. 15)
7. Feb. 9, 2005 (Docket No. 17)
8. Aug. 8, 2005 (Docket No. 19)
9. Jan. 27, 2006 (Docket No. 22)

10. July 31, 2006 (Docket No. 24)

11. Jan. 30, 2007 (Docket No. 27)

12. Jan. 30, 2007 (Docket No. 28)

13. Aug. 6, 2007 (Docket No. 30)

14. Jan. 30, 2008 (Docket No. 33)

15. May 12, 2008 (Docket No. 35)

16. June 9, 2008 (Docket No. 37)

17. July 14, 2008 (Docket No. 39)

18. Aug. 11, 2008 (Docket No. 41)

19. Sept. 11, 2008 (Docket No. 43)

The United States is FURTHER DIRECTED to serve upon Cephalon, Inc. only the following motion by the United States in the above-captioned Paccione matter:

20. Jan. 18, 2005 (Docket No. 13).

The United States is FURTHER DIRECTED to serve upon Cephalon, Inc. only the following Orders of the Court from the above-captioned Piacentile matter, 03-cv-6277:

21. April 12, 2005

The United States is FURTHER DIRECTED to serve upon Cephalon, Inc. only the following Orders of the Court from the above-captioned Boise matter, 04-cv-4401:

22. Sept. 21, 2004 (Docket No. 3)

23. Nov. 30, 2004 (Docket No. 6)

24. May 19, 2007

The United States is FURTHER DIRECTED to serve upon Cephalon, Inc. only the following Orders of the Court from the above-captioned Makalusky matter, 05-cv-1904:

25. Aug. 23, 2005 (Docket No. 5)

26. Aug. 29, 2005 (Docket No. 6)

Counsel for Cephalon, Inc. is ORDERED to serve the foregoing documents upon counsel for the State of South Carolina in the South Carolina state court litigation South Carolina v. Cephalon, No. 2011-CP-40-3661 within five (5) days of receiving them from the United States.

BY THE COURT:

HON. THOMAS N. O'NEILL, JR.
UNITED STATES DISTRICT JUDGE